# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>RICARDO JUAN DIEGO HOYOS,<br><br>                   Defendant. | CASE NO. 15-cr-01235-AJB<br><br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II), (a)(1)(B)(i) - Transportation of certain Aliens for Financial Gain and Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/10/15

FILED
JUN 10 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Jan M. Adler
U.S. Magistrate Judge